# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Morris L Harris JR

v.

(Full name of defendant(s))

Sylvia Longrie Pleester
John Doe (who ever my provider was)
M.S.D.F HSU

Case Number:

_____
(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of Wisconsin, and is located at
   (State)

   Green Bay Correctional Inst P.O. Box 19033 Green Bay, WI 54307
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant Sylvia Longric-Pleester, John Doe (Provider) MSDF (HSU)
   (Name)
   is (if a person or private corporation) a citizen of Wisconsin

Complaint – 1
Case 2:23-cv-00739-SCD   Filed 06/09/23   Page 1 of 5   Document 1

and (if a person) resides at M.S.D.F 1015 North 10th st Mil, WI 53205 (State, if known)
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for M.S.D.F 1015 North 10th st Mil, WI 53205
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

~~Officer~~ HSU Manager Pleester, John Doe (Provider) MSDF HSU violated my eighth, fourteenth and first amendment by showing Deliberate indifference, in unsafe conditions. The facts are as follows: I came to M.S.D.F on 5/27/21 I had Medicated Skin cream for my skin issue (Ichthyosis) It was given to me by the Milwaukee County Jail. I explained to the nurse at intake my condition (which was on record) ~~...~~ and that I needed better lotion, because she took my ~~...~~ medicated cream. Over the next few days a combination of the soap and water that I had access to caused my skin to crack,

and bleed. I wrote HSU and explained that I'm in a room with 8 guys and my skin is cracking and bleeding and that the pain and discomfort was at a 7-8. They sent a nurse I showed her my legs and she said she can't give me anything that I'd have to see a doctor. Days went by it got worse I now could barely put the lotion (water based) on as it was stinging. I wrote HSU again and explained my situation again. That my legs were cracked and bleeding. They sent another nurse who told me the same as the last but that my legs were so bad she wanted to risk her job to get me cream. Then we prayed together. I then received a very small 1.5 oz of A and D ointment that was gone by the next day. When they finally called me to HSU. I waited to be seen and after 10 minutes told me the appointment had to be rescheduled. I replyed the only way I'm leaving is with skin cream or y'all have to kill me. HSU Manager Preester came amongst all the comotion asked to see my legs I raised my pant leg up she looked at it for two seconds and went and got a 16oz jar of medicated cream. It took approximately a week

C.  JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I'D like to be Compensated 50,000 for Pain and Suffering from the M.S.D.F's HSU, Reester, and John Doe provider and 50,000 Punitive Damages.

E.  JURY DEMAND

   I want a jury to hear my case.

   ☑ – YES         ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___7___ day of __June_____ 20_23_.

Respectfully Submitted,

_____
Signature of Plaintiff

#487231
Plaintiff's Prisoner ID Number

Green Bay Correctional Inst., P.O. box 19033
Green Bay, Wisconsin 54307-9033
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE

☑  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.