# United States District Court
## Eastern District of Wisconsin

**MORRIS HARRIS, JR.,**

   Plaintiff(s),

  v.

**SYLVIA LONGRIE-SPLEESTER, JOHN DOE, and MSDF HSU,**

   Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case No. 23-CV-739

---

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

☒  **Decision by Court.** This action came before the Court for consideration.

  **IT IS HEREBY ORDERED AND ADJUDGED** that Harris's motion for leave to proceed without prepaying the filing fee (ECF No. 2) is **GRANTED.**

  **IT IS FURTHER ORDERED** that the agency having custody of Harris shall collect from his institution trust account the $341.04 balance of the filing fee by collecting monthly payments from Harris's prison trust account in an amount equal to 20% of the preceding month's income credited to his trust account and forwarding payments to the Clerk of Court each time the amount in the account exceeds $10 in accordance with 28 U.S.C. § 1915(b)(2).

  **IT IS FURTHER ORDERED** that this case is **DISMISSED** under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1) because the complaint fails to state a claim.

  **IT IS FURTHER ORDERED** that the Clerk of Court document that Harris

has incurred a "strike" under 28 U.S.C. § 1915(g).

Approved:

STEPHEN C. DRIES
United States Magistrate Judge

Dated: July 18, 2023

GINA M. COLLETTI
Clerk of Court

*s/ Tony Byal*
(By) Deputy Clerk